After argument of a case, and before judgment, at the instance of the defendant, the case was allowed to be amended, on paying the costs of argument, and giving to the plaintiff the election afterwards to be nonsuited, or to have a new trial.

THIS cause was argued at the last *August* term, on a case which had been settled by the judge, before whom the cause had been tried ; but no decision had yet been given by the court.

*Russel*, for the defendant, now moved for leave to amend the case, on an affidavit of a mistake, in stating some of the testimony given at the trial.

*Van Vechten*, contra.

*Per Curiam.* Take your rule ; but the defendant must pay the costs of the argument in *August* term, if the plaintiff consents to a nonsuit, after the amendment, or the plaintiff may elect, within twenty days, to have a new trial, with costs, to abide the event of the suit.

Rule granted.

Currie and Whitney *against* Henry.

After judgment on demurrer, it is too late at the next term, to move for leave to withdraw the demurrer.

RUSSEL, for the plaintiff, moved for leave to withdraw the demurrers to the second and fourth pleas, and to reply to the same pleas ; judgment having been given at

the last term, for the defendant, on the demurrers. (2 *Johnson,* 423.)

Foot, contra.

*Per Curiam.* It is too late, after the term in which judgment has been given, to ask for leave to withdraw a demurrer, or to amend. A similar motion was refused, at the last term, in the case of *Bird* and others v. *Caritat.*

Rule refused.